UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES DEPARTMENT OF AGRICULTURE**,<br><br>      Plaintiff,<br><br>v.<br><br>**NICHOLE SCHOOLER f/k/a NICOLE SCHOOLER,**<br><br>      Defendant,<br><br>**MIDLAND FUNDING LLC,**<br>**STATE FARM BANK,**<br>**INHABITANTS OF THE TOWN OF FAIRFIELD MAINE, and**<br>**KENNEBEC WATER DISTRICT,**<br><br>      Parties-in-Interests, | CASE NO. **1:25-cv-00279-SDN** |

**MOTION TO EXTEND TIME TO FILE**
**MOTION FOR DEFAULT JUDGMENT**

  NOW COMES the Plaintiff United States Department of Agriculture (the "Plaintiff"), by and through its counsel, and moves, pursuant to Fed. R. Civ. P. 6(b) that this Court extend the period within which it may file its Motion for Default Judgment in this case from November 28, 2025, to January 12, 2026, as follows:

  1. Plaintiff moved for entry of default against Nichole Schooler f/k/a Nicole Schooler ("Defendant") on September 23, 2025. This Court entered an order granting Default against Defendant on the same day.

  2. Since September 23, 2025, all the required documents for filing of the Motion for Default, including all affidavits, have been drafted, and Maine counsel is awaiting an original, signed affidavit from the Plaintiff to file said motion. To accommodate any delays in Maine

counsel's receipt of that document, Maine counsel is requesting an extension of the filing deadline to January 12, 2026.

WHEREFORE, the Plaintiff prays that this Court: (a) extend to January 12, 2026, the period within which it may file a motion for default judgment with supporting documentation in this case; and (b) grant the Plaintiff such other and further relief as this Court deems just and proper.

Dated at Portland, Maine this November 25, 2025.

/s/ Kevin J. Crosman
Kevin J. Crosman, Esquire
Attorney for Plaintiff
United States Department of Agriculture

JENSEN BAIRD GARDNER & HENRY
Ten Free Street
P.O. Box 4510
Portland, ME  04112
(207) 775-7271
kcrosman@jensenbaird.com

## CERTIFICATE OF SERVICE

I, Kevin J. Crosman, Esquire hereby certifies that on November 25, 2025, I served the above Motion upon the Defendants by mailing a copy of the same to them at the following addresses by first class mail, postage prepaid:

Nichole Schooler
51 Oliver Hill Road
Garland, ME 04939

Inhabitants of the Town of Fairfield, Maine
19 Lawerence Ave
Fairfield, ME 04937

Kennebec Water District
131 Drummond Ave
Waterville, ME 04901

- 3 -

Midland Funding LLC
c/o Corporation Service Company
45 Memorial Circle
Augusta, ME 04330

State Farm Bank
c/o Corporation Service Company
45 Memorial Circle
Augusta, ME  04330

Dated at Portland, Maine this November 25, 2025.

/s/ Kevin J. Crosman
Kevin J. Crosman, Esquire
Attorney for Plaintiff