UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLE SCHOOLER,<br><br>Defendant,<br><br>v.<br><br>MIDLAND FUNDING LLC, STATE FARM BANK, INHABITANTS OF THE TOWN OF FAIRFIELD, MAINE, and KENNEBEC WATER DISTRICT,<br><br>Parties-in-Interest. | 1:25-cv-00279-SDN |

**JUDGMENT OF FORECLOSURE AND SALE**

**Address: 34 Osborne Street, Fairfield, ME 04957**
**Mortgage: November 4, 2004**
**Book 3404, Page 149 of Somerset County Registry of Deeds**

This matter came before the Court for a testimonial hearing on Plaintiff United States Department of Agriculture's ("USDA") Motion for Default Judgment on July 9, 2026. ECF No. 45. The USDA was present, represented by Stephean C. Chute, Esq. Neither Defendant Nichole Schooler nor any of the parties-in-interest appeared. I granted the Motion for Default Judgment, ECF No. 31. **JUDGMENT** on Foreclosure and Sale (Count I) is hereby **ENTERED** as follows:

1. The following is a breakdown of the amount due and owing as of April 8, 2026:

| **Description** | **Amount** |
|---|---|
| Principal Balance | $61,995.04 |
| Interest at 6% to 4/8/26 | $53,462.50 |
| Other Fees | $39,298.25 |
| Costs | $1,272.87 |
| Grand Total | $156,028.66 |

2. Pre-judgment interest continues to accrue on the principal portion of this balance at the Note rate of 6% per year, or $10.191 per day, from April 8, 2026, through the date of this Judgment.

3. If Ms. Schooler or her heirs or assigns pay USDA the amount adjudged due and owing ($156,028.66) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, USDA shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket.

4. If Ms. Schooler or her heirs or assigns do not pay USDA the amount adjudged due and owing ($156,028.66) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, her remaining rights to possession of the Fairfield Property shall terminate, and USDA shall conduct a public sale of the Fairfield Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $156,028.66 after deducting the expenses of the sale, with any surplus to Ms. Schooler or her heirs or assigns, in accordance with 14 M.R.S.A. § 6324.

5. In the event that Ms. Schooler, and anyone occupying the premises, do not vacate the property upon termination of her right to possession, USDA may reopen this matter to seek a Writ of Assistance and/or Writ of Possession to

be served by the U.S. Marshals Service pursuant to Federal Rule of Civil Procedure 4.1(a) consistent with this Judgment.

6. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

7. USDA is responsible for recording the attested copy of this Judgment with the signed Clerk's certification in the proper county's registry of deeds within one year of the entry of the final judgment and for paying the appropriate recording fees. *See* 14 M.R.S.A. § 2401(3).

8. The order of priority of the claims of the parties who have appeared in this action is as follows:

FIRST: USDA, pursuant to the subject Note and Mortgage, in the above amounts plus accrued interest from April 8, 2026, at the rate of $10.191 per day plus further legal fees and expenses incurred by the USDA; plus any amounts advanced by Plaintiff to protect its mortgage security, including insurance premiums and real estate taxes.

SECOND: The surplus, if any, shall be paid to the clerk of this Court, who shall hold the surplus in escrow for 6 months for the benefit of Ms. Schooler, Ms. Schooler's successors, heirs or assigns and, if the surplus remains unclaimed after 6 months, the clerk shall pay the surplus to the Treasurer of State to be credited to the General Fund until it becomes unclaimed under the Uniform Unclaimed

Property Act, and report and pay it to the State in accordance with that Act, all as provided in 14 M.R.S.A § 6324.

9. The post-judgment interest rate is 9.51%, pursuant to 14 M.R.S.A. § 1602-C.

10. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

| | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | United States Department of Agriculture<br>P.O. Box 66827<br>St. Louis, MO 63166. | Stephean C. Chute, Esq., Bar No. 06828<br>Braucher & Associates, PLLC<br>764 Chestnut Street, Suite 1<br>Manchester, NH 03104 |
| DEFENDANT | Nichole Schooler<br>51 Oliver Hill Road<br>Garland, ME 04939 | Unknown |
| PARTIES-IN-INTEREST | Midland Funding, LLC<br>350 Camino De La Reina, Ste. 100, San Diego, CA 92108 | Unknown |
| | State Farm Bank<br>One State Farm Plaza,<br>Bloomington, IL 61710 | Unknown |
| | Inhabitants of the Town of Fairfield, Maine<br>19 Lawrence Ave, Town of Fairfield, County of Somerset, State of Maine | Unknown |
| | Kennebec Water District<br>131 Drummond Avenue,<br>Waterville, Maine 04901 | Unknown |

a) The docket number of this case is No. 1:25-cv-00279-SDN.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 34 Osborne Street, Fairfield, ME 04957, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 34 Osborne Street, Fairfield, ME 04957. The Mortgage was executed by Ms. Schooler on November 4, 2004. The book and page number of the Mortgage in the Somerset County Registry of Deeds is Book 3404, Page 149.

**SO ORDERED.**

Dated this 12th day of November, 2026.

/s/ Stacey D. Neumann
**UNITED STATES DISTRICT JUDGE**